```
               IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       FAYETTEVILLE DIVISION
```

STEVEN J. HAYS                                              PLAINTIFF

v.                          Civil No. 06-5136

THE COUNTY OF HUMBOLDT,
CALIFORNIA, Superior Court,
Eureka Division; et al.                                    DEFENDANTS

## O R D E R

Currently before the Court are three pro se motions filed by the plaintiff: **Motion for an Explanation (Doc. 9)**, **Motion to Vacate Conviction (Doc. 10)**, and **Motion for an Extension (Doc. 12)**. In these motions, plaintiff essentially challenges the Court's ruling adopting the Magistrate Judge's Report and Recommendation and dismissing his case and also challenges the Court's order denying a motion to reopen that he previously filed.  The Court finds that the current motions are without merit and they are hereby **DENIED** for the reasons previously stated by the Court.

**IT IS SO ORDERED** this 19th day of June, 2008.

                                   **/s/Jimm Larry Hendren**
                                   **HON. JIMM LARRY HENDREN**
                                   **UNITED STATES DISTRICT JUDGE**